Criminal Calendar — Status Conference.

Before: Judge John Gleeson, U.S.D.J.

Date: 11/21/2011   Time: 11:00Am – 11:30Am.

DOCKET NUMBER: 11CR 424   CASE NAME: USA v. Rosemond et al

DEFENDANT'S NAME: James Rosemond
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Gerald Shargel & Evan Lipton
___ Legal Aid ___ CJA ✓ Retained

AUSA: Carolyn Pokorny and Todd Kaminsky   Deputy Clerk: Ilene Lee

INTERPRETER: _____ (Language) _____

COURT REPORTER: Allan Sherman.

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance. ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

✓ Order of Speedy Trial entered. Code Type XT Start 11/21/11 Stop 1/20/2012.

___ Status conference set for _____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

- The parties are still in negotiations and discovery.
- The next Status Conference is set for January 20, 2012 at 11:00Am.