<u>Criminal Calendar</u> — Status Conference

Before: Judge John Gleeson, U.S.D.J.

Date: __2/24/12__   Time: __11:30 AM - 11:45 AM__

DOCKET NUMBER: __11CR424__   CASE NAME: __USA v. Rosemond et al__

DEFENDANT'S NAME: __James Rosemond__
__✓__ Present ___ Not Present __✓__ In Custody ___ Bail

DEFENSE COUNSEL: __Gerald L. Shargel__
___ Legal Aid ___ CJA __✓__ Retained

AUSA: __Todd Kaminsky__   Deputy Clerk: __Ilene Lee__

INTERPRETER: _____ (Language) _____

COURT REPORTER: __Ronald Tolkin__

__✓__ Case called for:

___ Arraignment:

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

__✓__ Order of Speedy Trial entered. Code Type __XT__ Start __2/24/12__ Stop __3/23/12__.

___ Status conference set for _____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

- The parties inform the Court that the defendant may be facing death eligible charges in a State Court matter and request for additional time for further negotiations.
- The next Conference date is set for March 23, 2012 at 11:00 AM.