# GERALD L. SHARGEL
## LAW OFFICES

GERALD L. SHARGEL
ROSS M. KRAMER
EVAN L. LIPTON

570 LEXINGTON AVE., 45TH FLOOR
NEW YORK, NEW YORK 10022
TEL: 212.446.2323
FAX: 212.446.2330
info@shargellaw.com

March 6, 2012

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Rosemond, 11 Cr. 424 (JG)

Dear Judge Gleeson:

I am writing with regard to the scheduling Order that appeared on ECF following the conference held before you on March 5, 2012. It now seems likely that defendant Rosemond will be part of that trial. The trial date of May 21, 2012, however, does not work for me because it conflicts with a trial that has been firmly set by Judge Townes for June 4, 2012. United States v. Bombino, 10 Cr. 147. Bombino is a multiple defendant case that is expected to last 8-10 weeks. I also have a trial set for October 9 before Judge Crotty in the Southern District. United States v. Levy, 11 Cr. 63 (PAC), a three defendant case that is expected to last 4-6 weeks.

In light of the above cited schedule, I respectfully ask that the trial date in the above-referenced matter be reconsidered and rescheduled. I also ask that the motion schedule be reset commensurate with any new trial date. Perhaps another pre-trial conference should be set in the next several days with all counsel in attendance.

Respectfully yours,

Gerald L. Shargel

CC: *by ECF*
Todd Kaminsky
*Assistant United States Attorney*

George L. Santangelo
Edward S. Panzer