UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA

       -against-                                      No. 11 Cr. 424 (S-3) (JG)

JAMES ROSEMOND,

                   *Defendant.*
----------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT, upon the annexed affirmation of Ross M. Kramer, Esq., dated the 26th day of March, 2012, and the Memorandum of Law submitted herewith, the defendant will move this Court before the Honorable John Gleeson, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY, at a date and time convenient to the Court, for an Order:

    I.    Dismissing Count One (Violations One, Two, Three and Four), and Counts Three, Four, Five and Six as Impermissibly Duplicitous;

    II.    Dismissing Count Fourteen for Lack of Venue;

    III.    Striking the Alias "Jimmy Henchmen" from the Indictment, and Precluding Its Use at Trial;

    IV.    Granting a Bill of Particulars; and

    V.    Granting any additional relief this Court deems appropriate.

Dated:    New York, New York
             March 26, 2012

                                                    Yours, etc.,

                                                    _____
                                                    Gerald L. Shargel
                                                    570 Lexington Avenue, 45th Floor
                                                   New York, NY 10022

                                                    *Attorney for James Rosemond*