

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLT:UAD/SD/LXN
F.#2011R00935

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

April 13, 2012

BY EMAIL

Gerald L. Shargel, Esq.
570 Lexington Avenue, 45th Floor
New York, New York 10022

      Re:  United States v. James Rosemond
           Criminal Docket No. 11-CR-424 (S-4)(JG)

Dear Mr. Shargel:

      The government writes to confirm that the defendant does not wish to accept the government's plea offer, the terms of which were last discussed during a telephone conversation on April 12, 2012.  As of the date of this letter, the government hereby withdraws all plea offers that have been extended to date.

      If you have any further questions or requests, please do not hesitate to contact me.

                      Very truly yours,

                      LORETTA E. LYNCH
                      United States Attorney

            By:        /s
                      Una A. Dean
                      Soumya Dayananda
                      Lan X. Nguyen
                      Assistant United States Attorneys
                      (718) 254-6376/7996/6162

Enclosures

CC:  Clerk of Court (JG) (by ECF)