(4|30)

## Criminal Cause for Trial

2:00PM - 3:00PM

**BEFORE:** Judge John Gleeson, U.S.D.J.

DATE: 5|14|2012  Time: 9:30AM - 1:00PM

DOCKET NUMBER: 11-CR-424

CASE NAME: USA v. James Rosemond

INTERPRETER(S)_____ (Language)

COURT REPORTER: Fred Guerino, Mary Agnes Drury, Lisa Schmid

APPEARANCES:  Soumya Dayananda;     Courtroom Deputy: ____Ilene Lee____
FOR GOVERNMENT: Una Dean ; Lan Nguyen Other: Special Agent:
                                              Mark Vandriessce

FOR DEFENDANT: Gerald L. Shargel ; Evan Lipton; Jennifer Hays
                                                    (retained)

__✓__ Case Called.          ____ Trial resumed

_____ Counsel for _____ not present.

_____ Jury selection held. _____ Voir Dire begins. _____ Voir Dire Continues.

_____ Jurors selected __✓__ Jurors sworn. __✓__ Trial begins.

__✓__ Government opens.            __✓__ Defendant opens.

_____ Government Rests.          _____ Defendant Rests.

_____ Government Summation _____ Defendant Summation _____ Government Rebuttal.

_____ Jurors Charged.

_____ Jury reaches verdict.  Guilty Verdict on Counts: _____

_____ Jury excused.      Not Guilty on Counts: _____
_____ Jury polled.  _____ Trial concluded.

_____ Deft. Remanded. _____ Deft. Cont'd on Bail. _____ Sentencing to be set by Probation.

- The trial resumes tomorrow 5/15/12 at 9:30 AM.