

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

SLT:LXN/SD/UAD  *271 Cadman Plaza East*
F.#2011R000935\NY-NYE-635-H  *Brooklyn, New York  11201*

May 27, 2012

**By Hand Delivery and ECF**

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   United States v. James Rosemond,
           Criminal Docket No. 11-424 (S-4)(JG)

Dear Judge Gleeson:

       The government respectfully submits this letter to request that the attached supplemental jury instruction regarding "dangerousness to the community" be read to the jury should the defendant reference the issue during closing arguments or otherwise.

       At trial, cooperating witness Henry Butler was cross-examined regarding a prior finding by the Court that Butler presented a danger to the safety of the community such that he should be denied bail.  Following Butler's testimony, the government requested an instruction to the jury regarding how "danger" is defined for purposes of determining whether an individual should be freed on bail.

       To that end, and pursuant to the Court's instructions, the government attaches herein a proposed instruction regarding dangerousness to the community and requests that the instruction

be read to the jury should the defendant further reference the issue at trial.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                   By:   /s/_____
                              Una A. Dean
                              Lan Nguyen
                              Soumya Dayananda
                              Assistant U.S. Attorneys
                              (718) 254-6473

cc:   Clerk of Court (JG)(via ECF w/o exhibits)
      Gerald Shargel, Esq. (via email)