**AllHipHop.com** Features

# Hip-Hop Exec James Rosemond Statement On Cocaine Charges

by James Rosemond May 23rd, 2011 @ 12:56pm



- http://allhiphop.com/2011/05/23/hip-hop-exec-james-rosemond-statement-on-cocaine-charges/

I have decided to break my silence to address slanderous media once and for all. Firstly, I want to apologize to every music artist and executive I've worked with.

In addition, I apologize to my family and friends who have had to endure this horrible situation. The events over the past week, to say the least, have caught me off guard. Although I have been aware of an investigation-taking place over the last four years, I was never informed that an arrest warrant had been issued in my name.

I first learned about that warrant through the media when the news was released last week. The purpose of this statement is not to assert some kind of grandiose conspiracy theory, but I will state some facts.

These prosecutors have already begun my trial through the media and I'm releasing this statement in order to set the record straight. I just want a fair trial. I came up from nothing and made some mistakes early in my life of which I have already served time.

1

Since then I have worked hard to establish my career in the music industry only to be targeted by these opportunistic prosecutors with a personal vendetta against me. I would like to expose the two prosecutors spearheading this slanderous and trumped up case against me.

The first, prosecutor Todd Kaminsky, is a 33-year-old Jewish Hip Hop head that if he weren't a lawyer he would probably be a member of the Beastie Boys. Second, Carolyn Porkony, who failed in convicting the Murder Inc. Irv Gotti brothers on trumped up charges of money laundering. Both have a personal stake in pursuing me and will stop at nothing to bring down an innocent man. I have endured slanderous media for quite some time.

Last year, in their frustration, they employed Chuck Phillips and the Daily New to write baseless stories in the media saying I was a snitch (but never mentioned or produced one person I 'snitched' on) to hopefully get people to start cooperating with their bogus investigation. Chuck Phillips started a campaign against me and wrote dozens of letters to inmates serving considerable time in federal prison begging them to cooperate. When those tactics didn't work, they subpoenaed every person that knew me or worked with me in the music industry, including my accountants, lawyers, secretary, etc.

What compels me to expose this is that I know if I don't I will not get a fair trial. Todd Kaminsky is hanging his hat on this case and has gone beyond his office to make sure he sensationalizes this to propel himself to some high-end law firm or political office. This is obvious from the deals he has already given his 'witnesses' to testify against me.

Henry "Black" Butler, a known rolling 60's gang member, and wife Leah Daniels who are Kaminsky's star 'witnesses' were arrested with drugs and machine guns in Los Angeles. Butler was promised five years and his wife got her case dismissed in exchange for implicating me in their operation.
I know nothing of Butler's criminal activities and was never involved with him concerning those criminal activities. I just know him as a self-proclaimed gangbanger who told jokes all the time and worked for Loud Records in the 90's. They leaked all this false information about me to the media and left out the truth that Henry Butler denied my involvement until he was promised a reduced sentence of five years if he included me in his operations.

2

There's absolutely no evidence that supports my involvement in any of this, yet I have been implicated with someone I have no associations with. Through our own investigations, we have compiled a lot of information that proves the prosecutors are overly zealous and aggressive, not to mention unconstitutional. They gave witnesses immunity and have gone as far as to threaten individuals with indictments if they didn't talk to them about me and corroborate their tales.

For instance, Ali "Zo" Adam, whose serving 18 years was offered a lesser sentence and the witness protection program if he testified against me. He refused saying he couldn't live with the lie but admitted he was tempted by the offer. Many were tempted with the prospect of freedom and hence a case with no evidence was born against me. THIS IS NOT JUSTICE.

Khalil Abdullah's indictment was leaked in the media as well. I never saw my name on that indictment, and I don't know what I have to do with whatever he's been indicted for. Up to now I don't know what I may be charged with or what crime I've committed. For the last 10 years I've dedicated myself to servicing the music community but because of my so-called 'checkered past', I've become an easy target for prosecutors Todd Kaminsky and Carolyn Porkony, not to mention fiction writers like Chuck Phillips and his Daily News cohorts.

If the government is relying on informants like Winston "Winnie" Harris, a convicted drug dealer and Jamaican deportee, who came to me and motioned via hand signal that he was forced to wear a wire and begged me to skip town or Dexter Isaac who is serving life in prison plus 30 years then I'm sure I will not be offered a fair trial. Where's the real proof that I have committed these crimes? I just want my fair trial and to not be railroaded as they so eagerly want to do. A fair trial is afforded by the constitution and witnesses should be forthright without pressure or duress. That's all I want and I'll turn myself in today.Again, I apologize to my peers, artists and family for being subjected to all of this.

3