UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JAMES ROSEMOND,

Defendant.
------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 09 2012 ★
**BROOKLYN OFFICE**

VERDICT SHEET
11 CR 424 (S-4) (JG)

**Count One** (Engaging in a Continuing Criminal Enterprise)

**Verdict on Count One:**

Guilty ✓    Not Guilty ____

**Answer the following question only if you have found the defendant guilty.**

Indicate below which violations, if any, you have unanimously found beyond a reasonable doubt were part of a continuing series of violations:

Violation One (Conspiracy to Distribute Cocaine – January 2007–June 2011)
    Proven ✓    Not Proven ____

Violation Two (Attempted Possession of Cocaine With Intent to Distribute – May 29, 2009)
    Proven ✓    Not Proven ____

Violation Three (Attempted Possession of Cocaine With Intent to Distribute – August 25, 2009)
    Proven ✓    Not Proven ____

Violation Four (Distribution of Cocaine – April 27, 2010–April 28, 2010)
    Proven ✓    Not Proven ____

Violation Five (Distribution of Cocaine – November 17, 2010–December 29, 2010)
    Proven ✓    Not Proven ____

Violation Six (Distribution of Cocaine – May 11, 2011)
    Proven ✓    Not Proven ____

Violation Seven (Distribution of Cocaine – June 2, 2009)
    Proven __✓__        Not Proven _____

Violation Eight (Distribution of Cocaine – July 10, 2009)
    Proven __✓__        Not Proven _____

Violation Nine (Distribution of Cocaine – July 15, 2009)
    Proven __✓__        Not Proven _____

Violation Ten (Distribution of Cocaine – July 16, 2009)
    Proven __✓__        Not Proven _____

Violation Eleven (Distribution of Cocaine – July 21, 2009)
    Proven __✓__        Not Proven _____

Violation Twelve (Distribution of Cocaine – July 22, 2009)
    Proven __✓__        Not Proven _____

Violation Thirteen (Distribution of Cocaine – July 28, 2009)
    Proven __✓__        Not Proven _____

Violation Fourteen (Distribution of Cocaine – July 31, 2009)
    Proven __✓__        Not Proven _____

Violation Fifteen (Distribution of Cocaine – August 14, 2009)
    Proven __✓__        Not Proven _____

Violation Sixteen (Distribution of Cocaine – August 18, 2009)
    Proven __✓__        Not Proven _____

Violation Seventeen (Distribution of Cocaine – August 20, 2009)
    Proven __✓__        Not Proven _____

Violation Eighteen (Distribution of Cocaine – August 25, 2009)
    Proven __✓__        Not Proven _____

Violation Nineteen (Distribution of Cocaine – May 21, 2010)
    Proven __✓__        Not Proven _____

Violation Twenty (Distribution of Cocaine – July 2, 2010)
    Proven __✓__        Not Proven _____

Violation Twenty-One (Distribution of Cocaine – July 27, 2010)
    Proven __✓__        Not Proven _____

Violation Twenty-Two (Distribution of Cocaine – August 23, 2010)
    Proven __✓__          Not Proven _____

Violation Twenty-Three (Distribution of Cocaine – September 7, 2010)
    Proven __✓__          Not Proven _____

Violation Twenty-Four (Distribution of Cocaine – September 22, 2010)
    Proven __✓__          Not Proven _____

Violation Twenty-Five (Distribution of Cocaine – October 9, 2010)
    Proven __✓__          Not Proven _____

**Answer the following questions only if you have found the defendant guilty.**

Has the government proved beyond a reasonable doubt that the enterprise received $10 million or more in gross receipts during at least one 12-month period from the distribution of cocaine?

    Yes __✓__          No _____

Has the government proved beyond a reasonable doubt that the enterprise trafficked in 150 kilograms or more of cocaine?

    Yes __✓__          No _____

**Count Two** (Conspiracy to Distribute Cocaine – January 2007–June 2011)

**Note that this is the same offense charged as "Violation One" in Count One**

Guilty __✓__          Not Guilty _____

**Answer the following question only if you have found the defendant guilty.**

Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?

    Yes __✓__          No _____

3

**Count Three** (Attempted Possession of Cocaine With Intent to Distribute – May 29, 2009)

**Note that this is the same offense charged as "Violation Two" in Count One**

Guilty ✓        Not Guilty _____

**Answer the following question only if you have found the defendant guilty.**

Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?

Yes ✓        No _____

**Count Four** (Attempted Possession of Cocaine With Intent to Distribute – August 25, 2009)

**Note that this is the same offense charged as "Violation Three" in Count One**

Guilty ✓        Not Guilty _____

**Answer the following question only if you have found the defendant guilty.**

Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?

Yes ✓        No _____

**Count Five** (Distribution of Cocaine – April 28, 2010)

**Note that this is the same offense charged as "Violation Four" in Count One**

Guilty ✓        Not Guilty _____

**Answer the following question only if you have found the defendant guilty.**

Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?

Yes ✓        No _____

4

**Count Six** (Distribution of Cocaine – November 17, 2010–December 29, 2010)

**Note that this is the same offense charged as "Violation Five" in Count One**

Guilty __✓__        Not Guilty _____

**Answer the following question only if you have found the defendant guilty.**

Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?

Yes __✓__        No _____

**Count Seven** (Distribution of Cocaine – May 11, 2011)

**Note that this is the same offense charged as "Violation Six" in Count One**

Guilty __✓__        Not Guilty _____

**Answer the following question only if you have found the defendant guilty.**

Has the government proved beyond a reasonable doubt that the offense involved 500 grams or more of cocaine?

Yes __✓__        No _____

**Count Eight** (Possession of Firearm in Furtherance of Drug Trafficking)

**Note: Only consider this charge if you have found the defendant guilty of one or more of the charges in Counts One through Seven**

Guilty __✓__        Not Guilty __✗__ [initialed]

**Count Nine** (Felon in Possession of Firearm)

Guilty __✓__        Not Guilty _____

**Count Ten** (Money Laundering Conspiracy)

Guilty __✓__        Not Guilty _____

**Count Eleven** (Unlawful Monetary Transaction Over $10,000)

   Guilty __✓__     Not Guilty _____

**Count Twelve** (Structuring Financial Transactions)

   Guilty __✓__     Not Guilty _____

**Count Thirteen** (Obstruction of Justice)

   Guilty __✓__     Not Guilty _____

Dated: Brooklyn, New York
   June __, 2012

            _[signature]_
            Foreperson