**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CP:LXN/SD/UAD
F.#2011R000935\NY-NYE-635-H

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 7, 2012

**By Hand Delivery & ECF**

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. James Rosemond,
            Criminal Docket No. 11-424 (S-4)(JG)

Dear Judge Gleeson:

      The government writes concerning the letter from The Smoking Gun seeking copies of government exhibits 519-527, which are copies of the proffer agreements signed by the defendant. Since these exhibits were admitted as evidence during trial, the government defers to the Court as to whether they should be provided to The Smoking Gun and any other media outlets that may request these exhibits.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:  /s/_____
      Lan Nguyen
      Soumya Dayananda
      Una A. Dean
      Assistant U.S. Attorneys
      (718) 254-6162/7996/6473

cc:  Clerk of Court (JG)(via ECF)
     Gerald Shargel, Esq. (via ECF)