# GERALD L. SHARGEL

GERALD L. SHARGEL
ROSS M. KRAMER
EVAN L. LIPTON

LAW OFFICES

1790 BROADWAY, SUITE 1501
NEW YORK, NEW YORK 10019
TEL: 212.446.2323
FAX: 212.446.2330
info@shargellaw.com

June 7, 2012

By ECF
Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Rosemond, 11 Cr. 424 (JG)

Dear Judge Gleeson:

I write in reply to the motion filed by *The Smoking Gun* requesting access to certain government trial exhibits. (See Docket Entry No. 130). I wish to make clear that the exhibits sought are boilerplate proffer agreements. They are not notes or reports of proffers and therefore do not contain any substantive information. Such notes and reports were not admitted into evidence at trial and should not be disclosed.

Respectfully yours,

Evan L. Lipton

cc:   All government counsel (by ECF)